No. 03-238

IN THE SUPREME COURT OF THE STATE OF MONTANA

2004 MT 390A

_____

| | | |
|---|---|---|
| CAROL SNETSINGER, NANCY SIEGEL, CARLA GRAYSON, ADRIANNE NEFF, and PRIDE, INC., a Montana Non-Profit Corporation, | ) ) ) ) | |
| Plaintiffs and Appellants, | ) ) | |
| v. | ) ) | |
| MONTANA UNIVERSITY SYSTEM, STATE OF MONTANA, RICHARD CROFTS, in his official capacity as Commissioner of Higher Education, and MARGIE THOMPSON, ED JASMIN, LYNN MORRISON-HAMILTON, CHRISTIAN HUR, JOHN MERCER, RICHARD ROEHM and MARK SEMMENS, int their official capacities as members of the Board of Regents, | ) ) ) ) ) ) ) ) ) ) ) | O R D E R |
| Defendants and Respondents. | ) | |

_____

It has come to the Court's attention that several of the internet sites cited within the footnotes in the Special Concurrence in this case are difficult to access. Consequently, we amend the Special Concurrence to include internet sites that are easier to access should the reader care to view the documents from which some of the statistical information was taken. The amended footnotes are as follows:

[1] U.S. Census Bureau, United States Census 2000, *Married- Couple and Unmarried-Partner Households: 2000* 4 (February 2003), at http://www.census.gov/prod/2003pubs/censr-5.pdf; David Smith and Gary Gates, *Gay and*

1

*Lesbian Families in the United States: Same-Sex Unmarried Partner Households* 2 (August 2001), at http://www.hrc.org/Content/ContentGroups/Publications1/census.pdf (hereinafter *Smith*).

[4] *See* Human Rights Campaign Foundation, *Employers that Offer Domestic Partner Health Benefits*, at http://www.hrc.org/Template.cfm?Section=Work_Life (then access through "Domestic Partner Benefits" and "quick lists").

[9] National Center for Health Statistics, *Table 3: Provisional Number of Marriages and Divorces*, at http://www.cdc.gov/nchs/data/nvsr/nvsr49/49_06_12_03.pdf and http://www.cdc.gov/nchs/data/nvsr/nvsr51/51_10_12_03.pdf.

Therefore,

IT IS ORDERED that the Special Concurrence in this case is amended as indicated.

IT IS FURTHER ORDERED that the Clerk of this Court give notice of this Order to counsel of record, to West Group and to the Montana State Law Library.

DATED this _____ day of January, 2005.

_____
Chief Justice

_____

_____

_____

_____
Justices